# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>Henry Brandon Lopez (2),<br><br>                             Defendant. | Case No.21CR3489-CAB<br><br>ORDER AND JUDGMENT OF DISMISSAL<br><br>**FILED**<br>APR 26 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

    21:952,960; 18:2 - Importation of Heroin, Methamphetamine, and N-phenyl-N-[1-(2-phenylethyl1)-4-piperidinyl] propanamide (Fentanyl)(Felony); Aiding and Abetting

Dated:  4/26/2022

_/s/ Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge